UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **Dimitry Mannie,** on behalf of himself and others similarly situated<br>*Plaintiff;*<br><br>v.<br><br>**Commercial Furniture Installation, Inc. and Jackie Armagost**<br>       *Defendants.* | Case No. 3:19-cv-182-HTW-LRA<br><br>**Default Judgment** |

This matter came before the Court on Plaintiff Dimitry Mannie's ("Plaintiff") Motion for Default Judgment **[Docket no. 29]** against Defendants Commercial Furniture Instillation, Inc. and Jackie Armagost (hereinafter collectively referred to as "Defendants"). This court, having considered the Plaintiff's Motion, finds that the Motion is well taken and should be granted.

This court already has found that Plaintiff is entitled to a default judgment against the Defendants because they failed to answer multiple show cause orders from this Court. [Docket no. 23]. On August 28, 2020, this court entered an Order of Sanctions against the Defendants for their repeated failure to participate or otherwise defend themselves in this case. [Docket no. 23]. In its Order [Docket no. 23], this Court granted Plaintiff thirty (30) days to submit a statement of damages, attorneys' fees, and costs, along with supporting documentation.

On February 15, 2022, in response to this Court's Text Only Order mandating that Plaintiff submit the requisite documentation, Plaintiff filed the motion *sub judice*, along with exhibits A-F. [Docket nos. 29-1 to 29-6].

This court, having reviewed Plaintiff's exhibits, finds that Plaintiff is entitled to compensatory and liquidated damages in the amount of $7,500.00. This court further finds that Attorney E. Carlos Tanner's Fee and Cost Affidavit [Docket no. 29-2] supports a grant of attorney's fees in the amount of $7,500.00[1] and court costs in the amount of $505.00. This court finally finds that the interests of justice and judicial economy are best served by concluding the litigation of Plaintiff's claims, to which Defendants have been unwilling to respond.

**IT IS THEREFORE ORDERED** that Plaintiff Dimity Mannie's Motion for Default Judgment **[Docket no. 29]** hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that default judgment is hereby rendered in the Plaintiff's favor and against Defendant Commercial Furniture Installation, Inc. and Jackie Armagost for: (a) $7,500.00 in compensatory and liquidated damages; (b) $7,500.00 in reasonable attorney's fees; and (c) $505.00 in court costs of this action.

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2022.

/s/HENRY T. WINGATE
**United States District Judge**

---

[1]This court has reviewed thoroughly the Cost Affidavit [Docket no, 29-2], and finds that the time entries dated 8/20/20, 8/30/30, and 9/2/20, do not accurately reflect the task performed (Attempted Client Contact). This court, accordingly, omits .30 hours from the submitted time sheet.